**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MONTAGE MORTGAGE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO.** __3:17-CV-02971-B__ |
| | § | |
| **PACIFIC UNION FINANCIAL, LLC,** | § | |
| **JOHN PERRY, VALERIE COLEMAN,** | § | |
| **CAITLIN V. COOKE, EDUARDO** | § | |
| **CREQUE, JESSICA M. FURR (KEEN),** | § | |
| **KATHY KELLER, FOUAD NAGHMI,** | § | |
| **TAMMY NEAL, CHARLES F. PEER,** | § | |
| **MICHAELENE WHYTE, AND MELISSA** | § | |
| **WILLOBY,** | § | |
| | § | |
| **Defendants.** | § | |

**INDEX OF DOCUMENTS ATTACHED TO NOTICE
OF REMOVAL OF CIVIL ACTION**

| Exhibit | Document | File Date |
|---|---|---|
| 1. | State Court Civil Docket Sheet | 10/27/2017 |
| 2. | Plaintiff's Original Petition | 03/14/2016 |
| 3. | Plaintiff's Civil Cover Sheet | 03/14/2016 |
| 4. | Citation to John Perry | 03/22/2016 |
| 5. | Citation to Micah Laverne Greene | 03/22/2016 |
| 6. | Citation to Pacific Union | 03/22/2016 |
| 7. | Non-Signed Proposed Agreed Temporary Restraining Order | 04/05/2016 |
| 8. | Service of Citation - Micah Greene | 04/07/2016 |
| 9. | Service of Citation - John Perry | 04/11/2016 |
| 10. | Order - Agreed Temporary Restraining Order | 04/11/2016 |

| 11. | Letter to Clerk | 04/15/2016 |
|---|---|---|
| 12. | TRO Issued to Pacific Union | 04/15/2016 |
| 13. | TRO Issued to Micah Greene | 04/15/2016 |
| 14. | TRO Issued to John Perry | 04/15/2016 |
| 15. | Notice Issued to Pacific Union | 04/15/2016 |
| 16. | Notice Issued to Micah Greene | 04/15/2016 |
| 17. | Notice Issued to John Perry | 04/15/2016 |
| 18. | Pacific Union Agreement Accepting Service of WRIT, TRO, and NOTICE TO SHOW CAUSE | 04/20/2016 |
| 19. | John Perry's Agreement to Accept Service of WRIT, TRO, and NOTICE TO SHOW CAUSE | 04/20/2016 |
| 20. | Micah Laverene Greene Agreement to | 4/201/2016 |
| 21. | Plaintiff's Certificate of Written Discovery | 04/21/2016 |
| 22. | Registry Deposit Receipt for Cash Bond | 04/22/2016 |
| 23. | Proposed Agreed Temporary Injunction | 04/26/2016 |
| 24. | Order - Agreed Temporary Injunction | 05/02/2016 |
| 25. | Plaintiff's Certificate of Written Discovery | 07/19/2016 |
| 26. | Defendant John Perry's Responses to Request for Disclosure | 08/18/2016 |
| 27. | Plaintiff's First Amended Petition | 09/12/2016 |
| 28. | Proposed Agreed Judgment between Plaintiff and Micah Greene | 10/04/2016 |
| 29. | Order - Judgement Agreed as to Micah Greene | 10/06/2016 |
| 30. | Agreement to Memorialize the Rule 11 Agreement Reached | 10/19/2016 |
| 31. | Rule 11 Agreement | 11/23/2016 |
| 32. | Rule 11 Letter Regarding Objections | 12/29/2016 |

| 33. | Jury Demand | 02/10/2017 |
|---|---|---|
| 34. | Motion to Enter Scheduling Order | 02/27/2017 |
| 35. | Non-Signed Proposed Scheduling Order | 02/27/2017 |
| 36. | Joint Motion for a Continuance | 03/07/2017 |
| 37. | Notice of Hearing for Entry of a Scheduling Order and Joint Motion for Continuance of Trial | 03/07/2017 |
| 38. | Non-Signed Agreed Protective Order | 03/09/2017 |
| 39. | Non-Jury Trial Notice to Sean McCaffity | 03/14/2017 |
| 40. | Non-Jury Trial Notice to Bryan Bruner | 03/14/2017 |
| 41. | Non-Jury Trial Notice File Copy | 03/14/2017 |
| 42. | Agreed Protective Order Letter | 03/20/2017 |
| 43. | Order - Agreed Protective Order Signed | 03/23/2017 |
| 44. | Scheduling Order | 03/31/2017 |
| 45. | Jury Trial Civil Notice to Bryan Bruner | 04/17/2017 |
| 46. | Jury Trial Civil Notice to Sean McCaffity | 04/17/2017 |
| 47. | Jury Trial Civil Notice File Copy | 04/17/2017 |
| 48. | Unopposed Motion for Admission Pro Hac Vice | 04/17/2017 |
| 49. | Non-Signed Proposed Order to Appear Pro Hac Vice | 04/17/2017 |
| 50. | Order Granting Pro Hac Vice | 05/12/2017 |
| 51. | Notice of Appearance | 05/18/2017 |
| 52. | Pacific Union's Original Answer - General Denial | 05/22/2017 |
| 53. | Letter regarding Rule 11 Response Deadline | 05/25/2017 |
| 54. | Motion to Withdraw and Substitute Attorney | 06/06/2017 |
| 55. | Non-Signed Proposed Order on Motion to Withdraw and Substitute Attorney | 06/06/2017 |

| 56. | Order - Substitution of Counsel | 06/21/2017 |
|---|---|---|
| 57. | Pacific Union's Motion for Continuance | 06/29/2017 |
| 58. | Non-Signed Proposed Amended Scheduling Order | 06/29/2017 |
| 59. | Notice of Hearing for Continuance | 06/30/2017 |
| 60. | Non-Signed Proposed Agreed Amended Scheduling Order | 07/19/2017 |
| 61. | Order - Amended Scheduling Order | 08/03/2017 |
| 62. | Pacific Union's First Amended Answer - Amended General Denial | 08/11/2017 |
| 63. | Motion to Compel Defendant's Production of Documents and to Overrule Defendant's Objections | 08/11/2017 |
| 64. | Non-Signed Proposed Order for Plaintiff's Motion to Compel | 08/11/2017 |
| 65. | Plaintiff's Motion for Leave to Communicate with Certain Former Employees Currently Employed By Pacific Union | 08/11/2017 |
| 66. | Non-Signed Proposed Order for Leave to Communicate | 08/11/2017 |
| 67. | Pacific Union's Motion to Overrule Objections and Compel Discovery | 08/16/2017 |
| 68. | Notice of Hearing on Motions to Compel and for Leave | 08/17/2017 |
| 69. | Notice of Hearing on Defendant's Motion to Overrule and Objections | 08/18/2017 |
| 70. | Pacific Union's Response in Opposition to Plaintiff's Motion to Compel Production of Documents | 08/29/2017 |
| 71. | Plaintiff's Notice of Withdrawal of Motion to Communicate | 08/31/2017 |
| 72. | Plaintiff's Opposition to Defendant Pacific Union's Motion to Compel | 08/31/2017 |
| 73. | Non-Signed Proposed Order for Motion to Compel and Overrule Objections | 09/08/2017 |
| 74. | Non-Signed Proposed Order on Motion to Overrule Objections and Compel | 09/08/2017 |

| 75. | Plaintiff's Second Amended Petition | 09/29/2017 |
|---|---|---|
| 76. | Certificate of Deposition of Thomas Black | 10/04/2017 |
| 77. | Citation Issued to Eduardo Creque | 10/06/2017 |
| 78 | Citation Issued to Charles Peer | 10/06/2017 |
| 79. | Citation Issued to Melissa Willoby | 10/06/2017 |
| 80. | Citation Issued to Michaelene White | 10/06/2017 |
| 81. | Citation Issued to Tammy Neal | 10/06/2017 |
| 82. | Citation Issued to Fouad Naghmi | 10/06/2017 |
| 83. | Citation Issued to Kathy Keller | 10/06/2017 |
| 84. | Citation Issued to Jessica Furr (Keen) | 10/06/2017 |
| 85. | Citation Issued to Caitlin Cooke | 10/06/2017 |
| 86. | Citation Issued to Valerie Coleman | 10/06/2017 |
| 87. | Montage Mortgage, LLC's Privilege Log Request | 10/12/2017 |
| 88. | Montage's Motion to Compel Defendant's Production of Documents and to Overrule Defendant's Objections | 10/12/2017 |
| 89. | Agreement Accepting Service of Citations - Tyree Jones | 10/16/2017 |
| 90. | Notice of Hearing on Montage's Motion to Compel Defendant's Production of Documents and to Overrule Defendant's Objections | 10/24/2017 |
| 91. | Pacific Union Financial LLC's Answer to Plaintiff's Second Amended Complaint | 10/24/2017 |
| 92. | Defendant John Perry's Original Answer | 10/25/2017 |
| 93. | Notice of Trial to Wayne - Trial Date 4-9-2018 | 08/03/2017 |
| 94. | Notice of Trial to Bruner - Trial Date 4-9-2018 | 08/03/2017 |
| 95. | Notice of Trial to Painter - Trial Date 4-9-2017 | 08/03/2017 |

Dated:  October 27, 2017                    Respectfully submitted,


                                            /s/ *Jason R. Elliott*
                                            Ann Marie Painter
                                            Texas Bar No. 00784715
                                            AMPainter@perkinscoie.com
                                            Jason R. Elliott
                                            Texas Bar No. 24050558
                                            jelliott@perkinscoie.com
                                            Hayden M. Schottlaender
                                            Texas Bar No. 24098391
                                            hschottlaender@perkinscoie.com

                                            **PERKINS COIE LLP**
                                            500 N. Akard St., Suite 3300
                                            Dallas, Texas 75201
                                            Telephone: 214.965.7700
                                            Facsimile: 214.965.7773
                                            DocketDAL@perkinscoie.com

                                            **ATTORNEYS FOR DEFENDANT
                                            PACIFIC UNION FINANCIAL, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's electronic filing system, on this 27th Day of October 2017, as follows:

Bryan D. Bruner
Lynne B. Frank
BRUNER & PAPPAS, LLP
3700 W. 7th Street
Fort Worth, Texas 76107-2536
Telephone: (817) 332-6633

Jason W. McElroy
Jeffrey P. Blackwood
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000

ATTORNEYS FOR PLAINTIFF MONTAGE
MORTGAGE, LLC
Tyree P. Jones Jr.
Reed Smith
1301 K. St., N.W., Suite 1000
East Tower
Washington, DC 20005
Telephone: (202) 414-9296

ATTORNEY FOR V. COLEMAN, C.
COOKE, E. CREQUE, J. FURR, K. KELLER,
F. NAGHMI, T. NEAL, C. PEER, M.
WHYTE, M. WILLOBY

Braden M. Wayne
Daniel Tobin
SettlePou
3333 Lee Parkway, 8th Floor
Dallas, Texas 75219
Telephone: (214) 520-3300

ATTORNEY FOR DEFENDANT JOHN
PERRY

/s/ *Jason R. Elliott*
Jason R. Elliott