EXHIBIT  1

# Case Information

DC-16-03036 | MONTAGE MORTGAGE, LLC vs. PACIFIC UNION
FINANCIAL, LLC, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-16-03036 | 298th District Court | TOBOLOWSKY, EMILY |

| File Date | Case Type | Case Status |
|---|---|---|
| 03/14/2016 | OTHER (CIVIL) | ACTIVE |

# Party

PLAINTIFF

MONTAGE MORTGAGE, LLC

Active Attorneys ▼
Lead Attorney
BRUNER, BRYAN D
Retained

Work Phone

Fax Phone

---

DEFENDANT

PACIFIC UNION FINANCIAL, LLC

Address
BY SERVING ITS REGISTERED AGENT CT
CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
DALLAS TX 75201-3136

Active Attorneys ▼
Lead Attorney
PAINTER, ANN
MARIE
Retained

Work Phone

Fax Phone

Inactive Attorneys ▼
Attorney
MCCAFFITY, SEAN
J
Retained

Attorney
RODENBERG,
JODY LEIGH
Retained

---

PERRY, JOHN

Address
8609 BODKIN COURT
CHARLOTTE NC 28215

Lead Attorney
WAYNE, BRADEN
M.
Retained

Inactive Attorneys ▾
Attorney
MCCAFFITY, SEAN
J
Retained

Work Phone
214-720-0720

Fax Phone
214-720-0184

---

DEFENDANT
COLEMAN, VALERIE

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
COOKE, CAITLIN V

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
CREQUE, EDUARDO

Address
6301 IVY LN STE 700
GREENBELT MA 20770

DEFENDANT
FURR (KEEN), JESSICA M

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
KELLER, KATHY

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
NAGHMI, FOUAD

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
NEAL, TAMMY

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
WHYTE, MICHAELENE

Address
4035 RIDGE TOP RD STE 200

FAIRFAX VL22030

DEFENDANT
WILLOBY, MELISSA

Address
4035 RIDGE TOP RD STE 200
FAIRFAX VI 22030

DEFENDANT
PEER, CHARLES F

Address
111 W LIBERTY ST
CHARLESTOWN WV 25414

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
|-----------|-------------|-------------|---------------------|
| TRO CASH BOND | | $100.00 | POSTED |

## Events and Hearings

03/14/2016 NEW CASE FILED (OCA) - CIVIL

03/14/2016 ORIGINAL PETITION ▾

2016-3-14 Original Petition.pdf

2016-3-14 civil cover sheet.pdf

03/14/2016 ISSUE CITATION COMM OF INS OR SOS

03/21/2016 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
03/28/2016

03/21/2016 CITATION SOS/COI/COH/HAG ▾

Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Comment
2 ESERVE SOS RR

03/22/2016 CITATION ISSUED ▾

DC1603036 JOHN.pdf

DC1603036 MICAH.pdf

DC1603036 PACIFIC.pdf

03/28/2016 TRO HEARING ▾

2016-3-14 Original Petition.pdf

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Comment
LYNN BROOKS

04/05/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

2016-4-5 [prop'd order (signed by all parties)] Agreed TRO .

Comment
PROPOSED AGREED TEMPORARY RESTRAINING ORDER

04/05/2016 NOTE - CLERKS ▼

Comment
AGREED TEMPORARY RESTRAING ORDER SUBMITTED TO
QUEUE

04/07/2016 RETURN OF SERVICE ▼

2016-4-4 service of citation - Micah Greene.pdf

Comment
SEC OF STATE - MICHA LAVERNE GREEN

04/11/2016 CERTIFICATE OF SERVICE ▼

2016-4-5 service of citation - John Perry.pdf

Comment
SECRETARY OF STATE CERTIFICATE - JOHN PERRY

04/11/2016 ORDER - TEMPORARY RESTRAINING ORDER ▼

ORDER - TEMPORARY RESTRAINING ORDER

Comment
AGRD

04/15/2016 CORRESPONDENCE - CONTEST LETTER ▼

2016-4-15 Ltr to Clerk.pdf

04/15/2016 ISSUE TRO

04/15/2016 ISSUE NOTICE

04/15/2016 BOND FILED

04/15/2016 TRO ISSUED ▼

DC163036 TRO A.pdf
DC163036 TRO B.pdf
DC163036 TRO.pdf

04/15/2016 NOTICE ISSUED ▼

DC163036 NOTA.pdf
DC163036 NOT B.pdf
DC163036 NOT C.pdf

04/15/2016 TEMPORARY RESTRAINING ORDER▼

Anticipated Server

eserve

Anticipated Method
Anticipated Server
eserve

Anticipated Method
Anticipated Server
eserve

Anticipated Method

---

04/15/2016 NOTICE ▾

Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method

---

04/20/2016 MISCELLANOUS EVENT ▾

2016-4-20 PacU Agrmt to Accept Svc.pdf

Comment
Agreement Accepting Service - PacU

---

04/20/2016 RETURN OF SERVICE ▾

2016-4-20 Perry Agrmt to Accept Svc.pdf

Comment
PERRY'S AGREEMENT TO ACCEPT SERVICE ON WRIT TRO
AND NOTICE TO SHOW CAUSE

---

04/21/2016 CERTIFICATE OF WRITTEN DISCOVERY ▾

2016-4-21 Certificate of Written Discovery.pdf

---

04/22/2016 REGISTRY DEPOSIT RECEIPT ▾

REGISTRY DEPOSIT RECEIPT

Comment
CASH BOND

---

04/25/2016 Temporary Injunction ▾

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

04/25/2016 MISCELLANOUS EVENT ▾

2016-4-20 Greene Agrmt to Accept Svc..pdf

Comment
Greene's Agreement Accepting Service

04/26/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

2016-4-26 Agreed Temporary Injunction.pdf

Comment
PROPOSED AGREED TEMPORARY INJUNCTION

04/28/2016 NOTE - CLERKS ▾

Comment
AGREED TEMPORARY INJUCTION ORDER SUBMITTED TO
QUEUE

05/02/2016 ORDER - TEMPORARY INJUNCTION ▾

ORDER - TEMPORARY INJUNCTION

Comment
AGREED

05/11/2016 VACATION LETTER

05/12/2016 VACATION LETTER

07/19/2016 CERTIFICATE OF WRITTEN DISCOVERY ▾

2016-7-19 Certificate of Written Discovery.pdf

08/18/2016 RESPONSE ▾

DC-16-03036.pdf

2016-8-18 Response to RFD Perry.pdf

Comment
Response to Plaintiff's Request for Disclosure

09/12/2016 AMENDED PETITION ▾

2016-9-12 First Amended Petition.pdf

Comment
FIRST

10/04/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT

2016-10-4 Prop'd Agreed Judgment.pdf

Comment
PROPOSED AGREED JUDGMENT

10/05/2016 NOTE - CLERKS ▾

Comment
AGREED JUDGMENT SUBMITTED TO QUEUE

10/06/2016 ORDER - JUDGMENT ▾

ORDER - JUDGMENT

Comment
AGRD AS TO MICAH LAVERNE GREENE

10/07/2016 NOTICE OF JUDGMENT MAILED

10/19/2016 RULE 11 ▾

2016.10.18 LF Bruner encl signed Rule 11 Agreement on ext of

Comment
AGREEMENT TO MEMORIALIZE THE AGREEMENT
REACHED

11/23/2016 RULE 11 ▾

Rule 11 Agreement.pdf

12/29/2016 RULE 11 ▾

2016.12.29 LF Counsel re Rule 11 - SIGNED.pdf

Comment
RE:OBJECTIONS

01/12/2017 VACATION LETTER

01/19/2017 VACATION LETTER

02/10/2017 JURY DEMAND ▾

2017-2-10 Jury Demand.pdf

02/27/2017 MOTION - ENTER ORDER ▾

Motion - Enter Order

Comment
SCHEDULING ORDER

02/27/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Non-Signed Proposed Order/Judgment

Comment
SCHEDULING ORDER

03/07/2017 MOTION - CONTINUANCE ▼

2017-3-7 Joint Mot. for Cont..pdf

Comment
JOINT

03/07/2017 NOTICE OF HEARING / FIAT ▼

2017-3-7 Notice of Hearing.pdf

Comment
MTN/ENTRY SCHED O & MTN/CONTINUANCE

03/09/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

2017-3-9 Agreed Protective Order.pdf

Comment
AGRD PROTECT

03/10/2017 NOTE - CLERKS ▼

Comment
O/PROTECT TO ADMIN Q

03/14/2017 Non Jury Trial ▼

Non Jury Trial Notice

Non Jury Trial Notice

Non Jury Trial Notice

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
CASE CLOSED

03/20/2017 CORRESPONDENCE - LETTER TO FILE ▼

2017-3-20 Agreed Protective Order Letter.pdf

Comment
Agreed Protective Order Letter

03/23/2017 ORDER - PROTECT

ORDER - PROTECT

03/31/2017 MOTION HEARING ▾

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
10:30 AM

Comment
30 MIN ENTER SCHEDULING ORDER LYNNE FRANK 817/332-6633 JOHN PERRY 704/890-5646 TO ATTEND BY PHONE

03/31/2017 SCHEDULING ORDER ▾

SCHEDULING ORDER

04/17/2017 Jury Trial - Civil ▾

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

04/17/2017 MOTION - PRO HAC VICE ▾

2017-4-17 Unopposed Pro Hac Vice Motion.pdf

Comment
Unopposed Motion for Admission Pro Hac Vice

04/17/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

2017-4-17 Order to Appear Pro HAC Vice.pdf

Comment
Proposed Order to Appear Pro Hac Vice

04/17/2017 NOTE - CLERKS ▾

Comment
SUBMITTED O/PRO HAC VICE

ORDER - GRANTING PRO HAC VICE

Comment
JASON McELROY AND JEFFREY BLACKWOOD

05/18/2017 NOTICE OF APPEARANCE ▾

Notice_of_Appearance (2).pdf

05/22/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

2017.05.22 Answer.pdf

05/25/2017 RULE 11 ▾

2017.05.24 L2 Counsel re Rule 11.pdf

Comment
RESPONSE DEADLINE

06/06/2017 MOTION - WITHDRAW ATTORNEY ▾

2017.06.06 MTN to Withdraw and Substitution of Attorney.pdf

Comment
& SUBSTITUTE ATTORNEY

06/06/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

2017.06.06 Proposed Order on Substitution.pdf

Comment
PROPOSED ORDER ON MOTION WITHDRAW &
SUBSTITTUE ATTORNEY

06/07/2017 NOTE - CLERKS ▾

Comment
ORDER SUB & WITHDRAW SUBMITTED

06/21/2017 ORDER - SUBSTITUTION OF COUNSEL ▾

ORDER - SUBSTITUTION OF COUNSEL

06/29/2017 MOTION - CONTINUANCE ▾

Def's Motion for Continuance.pdf

06/29/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Proposed Amended Scheduling Order.pdf

Comment

AMENDED SCHEDULING ORDER

06/29/2017 NOTE - CLERKS ▾

    Comment
    O/SCHEDULING SUBMITTED

06/30/2017 NOTICE OF HEARING / FIAT ▾

Hearing Notice PUF.pdf

    Comment
    08/04/17

07/19/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Agreed Amended Scheduling Order (2).pdf

    Comment
    AMD SCHEDULE

07/20/2017 NOTE - CLERKS ▾

    Comment
    O/AMD SCHEDULE SUBMITTED

08/03/2017 SCHEDULING ORDER ▾

SCHEDULING ORDER

08/04/2017 Motion - Continuance ▾

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
11:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
30 MIN CATHERINE JOHNSON 214/965-7737

08/11/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

DEFENDANT PACIFIC UNION FINANCIAL, LLC&#8217;S FIRST
AMENDED ANSWER

    Comment
    1ST

08/11/2017 MOTION - COMPEL ▾

2017-8- 11 Montage Mot. to Compel.pdf

Comment
DEFENDANT'S PRODUCTION OF DOCUMENTS AND TO
OVERRULE DEFENDANT'S OBJECTIONS

---

08/11/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

2017-8-11 Order on Mot. to Compel.pdf

Comment
FOR PLAINTIFF MOTION TO COMPEL

---

08/11/2017 MOTION - LEAVE ▼

2017-8-11 Montage Mot. for Leave.pdf

Comment
TO COMMUNICATE WITH CERTAIN FORMER EMPLOYEES

---

08/11/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

2017-8-11 Order on Mot. for Leave.pdf

Comment
LEAVE TO COMMUNICATE

---

08/16/2017 MOTION - MISCELLANOUS ▼

PACIFIC UNIONS MOTION TO OVERRULE OBJECTIONS AND TO
COMPEL DISCOVERY

Comment
OVERRULE OBJ & COMPEL

---

08/17/2017 NOTICE OF HEARING / FIAT ▼

NOH, PLTF COMPEL/LEAVE, 09/01/17 9:30A

Comment
PLTF COMPEL/LEAVE, 09/01/17 9:30A

---

08/18/2017 NOTICE OF HEARING / FIAT ▼

DEF NOH OVERRULE/OBJECTIONS, 09/01/17 9A, 3OM

Comment
DEF OVERRULE & OBJECTIONS, 09/01/17 9A, 30M

---

08/29/2017 RESPONSE ▼

PACIFIC UNIONS RESPONSE IN OPPOSITION TO MOTAGE
MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Comment
TO M/COMPEL

---

08/31/2017 MISCELLANOUS EVENT ▼

Comment
N/WITHDRAW M/COMMUNICATE

08/31/2017 RESPONSE ▾

Montage's Response to PacU's Motion to Compel

Comment
OPP TO M/COMPEL

09/01/2017 MOTION HEARING ▾

TOBOLOWSKY, EMILY

9:00 AM

- OVERRULE & OBJ - 30MIN . KATHERINE

09/01/2017 Motion - Compel ▾

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
09:30 AM

Comment
30 MIN LYNN 817/332-6633

09/08/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER

Comment
COMPEL & OVERRULE OBJ

09/08/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER

Comment
OVERRULE OBJ & COMPEL

09/29/2017 AMENDED PETITION ▾

2017-9-29 2nd Amended Pet..pdf

09/29/2017 ISSUE CITATION

10/04/2017 CERTIFICATE OF DEPOSITION ▾

Reporters Certification Deposition of Thomas Black August 17 2017

Comment
OF THOMAS BLACK

10/06/2017 CITATION ISSUED ▾

DC16-03036 EC.pdf

DC16-03036 CP.pdf

DC16-03036 M WIL.pdf

DC16-03036 MW.pdf

DC16-03036 TN.pdf

DC16-03036 FN.pdf

DC16-03036 KK.pdf

DC16-03036 JMF.pdf

DC16-03036 CVC.pdf

DC16-03036 VC.pdf

10/06/2017 CITATION▾

Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method

Anticipated Server
ESERVE

Anticipated Method
Comment
10CIT ESERVE 19915739 bbrunner@bjplaw.com /TJ.

10/12/2017 MISCELLANOUS EVENT ▾

2017-10-12 Montage Request for Priv. Log.pdf

   Comment
   REQ PRIVATE LOG

10/12/2017 MOTION - COMPEL ▾

Motionto Compel with Exhibits

10/16/2017 WAIVER ▾

2017-10-13 Waiver of Service.PDF

   Comment
   OF SERVICE

10/24/2017 NOTICE OF HEARING / FIAT ▾

2017-10-24 Notice of Hearing on MTC.pdf

   Comment
   MOTION COMPEL 12/05/17 8:30AM

10/24/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

DEFENDANT PACIFIC UNION FINANCIAL, LLC&#8217;S ANSWER
TO SECOND AMENDED COMPLAINT

   Comment
   TO 2ND AMD COMPLAINT

10/25/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

General_Denial.pdf

11/13/2017 Jury Trial - Civil ▾

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

12/05/2017 Motion - Compel ▼

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
8:30 AM

Comment
30 MIN LYNNE FRANK 817/332-6633

04/09/2018 Jury Trial - Civil ▼

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

## Financial

MONTAGE MORTGAGE, LLC

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $491.00 |
| | Total Payments and Credits | | | $491.00 |
| 3/15/2016 | Transaction Assessment | | | $319.00 |
| 3/15/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 16414-2016-DCLK | MONTAGE MORTGAGE, LLC | ($319.00) |

| Date | | | | |
|------|--|--|--|--|
| 4/15/2016 | Transaction Assessment | | | $52.00 |
| 4/15/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 23781-2016-DCLK | MONTAGE MORTGAGE, LLC | ($52.00) |
| 2/10/2017 | Transaction Assessment | | | $40.00 |
| 2/10/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 8606-2017-DCLK | MONTAGE MORTGAGE, LLC | ($40.00) |
| 10/3/2017 | Transaction Assessment | | | $80.00 |
| 10/3/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 64709-2017-DCLK | MONTAGE MORTGAGE, LLC | ($80.00) |

## Documents

2016-3-14 Original Petition.pdf

2016-3-14 civil cover sheet.pdf

DC1603036 JOHN.pdf

DC1603036 MICAH.pdf

DC1603036 PACIFIC.pdf

PACIFIC UNION FINANCIAL, LLC - CITATION

2016-4-5 [prop'd order (signed by all parties)] Agreed TRO .

2016-4-4 service of citation - Micah Greene.pdf

2016-4-5 service of citation - John Perry.pdf

ORDER - TEMPORARY RESTRAINING ORDER

2016-4-15 Ltr to Clerk.pdf

DC163036 TRO A.pdf

DC163036 TRO B.pdf

DC163036 TRO.pdf

DC163036 NOTA.pdf

DC163036 NOT B.pdf

DC163036 NOT C.pdf

2016-4-20 PacU Agrmt to Accept Svc.pdf

2016-4-21 Certificate of Written Discovery.pdf

REGISTRY DEPOSIT RECEIPT

2016-4-20 Greene Agrmt to Accept Svc..pdf

2016-4-26 Agreed Temporary Injunction.pdf

2016-4-20 Perry Agrmt to Accept Svc.pdf

Non Jury Trial Notice

Non Jury Trial Notice

Non Jury Trial Notice

ORDER - TEMPORARY INJUNCTION

2016-7-19 Certificate of Written Discovery.pdf

DC-16-03036.pdf

2016-8-18 Response to RFD Perry.pdf

2016-9-12 First Amended Petition.pdf

2016-10-4 Prop'd Agreed Judgment.pdf

AGREED JUDGMENT

2016.10.18 LF Bruner encl signed Rule 11 Agreement on ext of

Rule 11 Agreement.pdf

2016.12.29 LF Counsel re Rule 11 - SIGNED.pdf

2017-2-10 Jury Demand.pdf

ORDER - JUDGMENT

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Motion - Enter Order

Non-Signed Proposed Order/Judgment

2017-3-7 Joint Mot. for Cont..pdf

2017-3-7 Notice of Hearing.pdf

2017-3-9 Agreed Protective Order.pdf

2017-3-20 Agreed Protective Order Letter.pdf

ORDER - PROTECT

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

SCHEDULING ORDER

2017-4-17 Unopposed Pro Hac Vice Motion.pdf

2017-4-17 Order to Appear Pro HAC Vice.pdf

ORDER - GRANTING PRO HAC VICE

Notice_of_Appearance (2).pdf

2017.05.22 Answer.pdf

2017.05.24 L2 Counsel re Rule 11.pdf

2017.06.06 MTN to Withdraw and Substitution of Attorney.pdf

2017.06.06 Proposed Order on Substitution.pdf

ORDER - SUBSTITUTION OF COUNSEL

Def's Motion for Continuance.pdf

Proposed Amended Scheduling Order.pdf

Hearing Notice PUF.pdf

Agreed Amended Scheduling Order (2).pdf

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

Jury Trial Notice

SCHEDULING ORDER

DEFENDANT PACIFIC UNION FINANCIAL, LLC&#8217;S FIRST
AMENDED ANSWER

2017-8- 11 Montage Mot. to Compel.pdf

2017-8-11 Order on Mot. to Compel.pdf

2017-8-11 Montage Mot. for Leave.pdf

2017-8-11 Order on Mot. for Leave.pdf

PACIFIC UNIONS MOTION TO OVERRULE OBJECTIONS AND TO
COMPEL DISCOVERY

NOH, PLTF COMPEL/LEAVE, 09/01/17 9:30A

DEF NOH OVERRULE/OBJECTIONS, 09/01/17 9A, 3OM

PACIFIC UNIONS RESPONSE IN OPPOSITION TO MOTAGE
MOTION TO COMPEL PRODUCTION OF DOCUMENTS

2017-8-31 Notice of Withdrawal.pdf

Montage's Response to PacU's Motion to Compel

ORDER

ORDER

2017-9-29 2nd Amended Pet..pdf

Reporters Certification Deposition of Thomas Black August 17 2017

DC16-03036 EC.pdf

DC16-03036 CP.pdf

DC16-03036 M WIL.pdf

DC16-03036 MW.pdf

DC16-03036 TN.pdf

DC16-03036 FN.pdf

DC16-03036 KK.pdf

DC16-03036 JMF.pdf

DC16-03036 CVC.pdf

DC16-03036 VC.pdf

2017-10-12 Montage Request for Priv. Log.pdf

Motionto Compel with Exhibits

2017-10-13 Waiver of Service.PDF

2017-10-24 Notice of Hearing on MTC.pdf

DEFENDANT PACIFIC UNION FINANCIAL, LLC&#8217;S ANSWER TO SECOND AMENDED COMPLAINT

General_Denial.pdf