EXHIBIT 74

CAUSE NO. DC-16-03036

| | | |
|---|---|---|
| MONTAGE MORTGAGE, LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| PACIFIC UNION FINANCIAL, LLC, and | § | |
| JOHN PERRY, | § | |
| | § | |
| Defendants. | § | 298th JUDICIAL DISTRICT |

## <u>ORDER</u>

Before the Court is Defendant Pacific Union Financial, LLC's Motion to Overrule Objections and to Compel Discovery from Plaintiff Montage Mortgage, LLC.

Following a hearing on September 1, 2017, and based on the exhibits, briefs, pleadings, the record on file, and arguments of counsel, the Court hereby GRANTS IN PART and DENIES IN PART Defendant's Motion to Compel.

The following memorializes the oral pronouncements by the Court. It is, therefore, ORDERED that:

- Defendant's motion to compel Plaintiff's answer as to its Interrogatory Nos. 15 is GRANTED, and Plaintiff's objections asserted in response to Defendant's Interrogatory Nos. 15 are overruled.

- Defendant's motion to compel Plaintiff's answer as to its Interrogatory No. 16 is DENIED.

- Defendant's motion to compel Plaintiff's answer as to its Interrogatory No. 19 is taken under advisement, without prejudice to Defendant's resubmission of the issue upon receipt of Plaintiff's forthcoming amendment of its answer.

Exhibit 74

- Defendant's motion to compel Plaintiff's answer as to its Interrogatory No. 20 is GRANTED, and Plaintiff's objections asserted in response to Defendant's Interrogatory No. 20 are overruled. To the extent that Plaintiff's supplemental answer identifies Plaintiff's business records such that it permits Defendant to locate and identify the information requested in Interrogatory No. 20 just as readily as Plaintiff can, Plaintiff may answer accordingly.

- Defendant's motion to compel Plaintiff's answer as to its Interrogatory No. 21 is GRANTED and Plaintiff's objections asserted in response to Defendant's Interrogatory No. 21 are overruled. Plaintiff's amended answer should provide all requested information reasonably available to Plaintiff after a diligent investigation.

- Defendant's motion to compel Plaintiff's production of documents responsive to Defendant's Request for Production Nos. 47 and 48, and 49 are GRANTED IN PART AND DENIED IN PART. Plaintiff's production of documents related to Defendant's Request for Production Nos. 47, 48 and 49 shall include communications related to recruitment of Retail Group employees, including their respective restrictive post-employment covenants with Carrington Mortgage Services.

- The merits of Defendant's motion to compel Plaintiff's production of documents responsive to Defendant's Request for Production Nos. 54, 55, 56, 59, 68, and 72 have not been argued due to time constraints; and, therefore, the Court reserves any ruling until this hearing may be continued or an agreement between the parties resolve the issues raised by Defendant's motion as to these additional discovery requests.

Exhibit 74

IT IS FURTHER ORDERED that Plaintiff shall comply with all provisions of this Order not later than September 15, 2017.

SO ORDERED this_____day of_____, 2017.

_____
HON. EMILY G. TOBOLOWSKY
Presiding Judge, 298th Judicial District

Exhibit 74

**AGREED AS TO FORM:**

**AGREED AS TO FORM:**

*/s/ Ann Marie Painter*

Ann Marie Painter
Texas Bar No. 00784715
AMPainter@perkinscoie.com
Jason R. Elliott
Texas Bar No. 24050558
jelliott@perkinscoie.com
Hayden M. Schottlaender
Texas Bar No. 24098391
hschottlaender@perkinscoie.com

PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, Texas  75201
Telephone:  214.965.7700
Facsimile:  214.965.7773

ATTORNEYS FOR DEFENDANT
PACIFIC UNION FINANCIAL, LLC

*/s/  Bryan D. Bruner*

Bryan D. Bruner
bbruner@bjplaw.com
Texas State Bar No. 03252475

BRUNER & PAPPAS, LLP
3700 West 7th Street
Fort Worth, Texas 76107

AND

*/s/  Jason W. McElroy*

Jason W. McElroy (*pro hac vice*)
McElroy@thewbkfirm.com
Virginia State Bar No. 71250
Jeffrey P. Blackwood (*pro hac vice*)
Blackwood@thewbkfirm.com

WEINER BRODSKY KIDER PC
1300 19th Street NW 5th Floor
Washington DC 20036
Office: (817)332-6633
Facsimile: (817)332-6619

ATTORNEYS FOR PLAINTIFF
MONTAGE MORTGAGE, LLC

Exhibit 74