**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**Montage Mortgage, LLC,**

**Plaintiff,**

**vs.**

**Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby,**

**Defendants.**

**Case No.: 3:17-cv-02971-B**

**Consent to Removal**

**CONSENT TO REMOVAL**

Pursuant to 28 U.S.C. § 1446, Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby, through undersigned counsel, hereby consent to the Notice of Removal filed by Defendant Pacific Union Financial, LLC.

Dated this the 30th day of October, 2017.

Respectfully submitted,

By: */s/ Stephan D. Selinidis*
Stephan D. Selinidis
State Bar No. 24056293
sselinidis@reedsmith.com
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Telephone: +1 713 469 3800
Facsimile: +1 713 469 3899

By: /s/ *Tyree P. Jones Jr.*
Tyree P. Jones, Jr.
D.C. Bar No. 984586

(Pro Hac Vice Admission Pending)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, NW, Suite 1100 – East Tower
Washington, DC 20005
Telephone: +1 202 414 9296
Facsimile: +1 202 414 9299

*Attorney for Defendants Valerie Coleman Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October 2017, copies of the forgoing were served via U.S. Mail and email as follows:

Braden M. Wayne
bwayne@settlepou.com
Daniel Tobin
dtobin@settlepou.com
SettlePou
3333 Lee Parkway,
8th Floor Dallas, Texas 75219

*Attorneys for Defendant John Perry*

Ann Marie Painter
Texas Bar No. 00784715
AMPainter@perkinscoie.com
Jason R. Elliott
Texas Bar No. 24050558
jelliott@perkinscoie.com
Hayden M. Schottlaender
Texas Bar No. 24098391
hschottlaender@perkinscoie.com

PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7773
DocketDAL@perkinscoie.com

*Attorneys for Defendant Pacific Union Financial, LLC*

Bryan D. Bruner
bbruner@bjplaw.com
Lynne B. Frank
lfrank@bjplaw.com
BRUNER & PAPPAS, LLP
3700 W. 7th Street
Fort Worth, Texas 76107

Jason W. McElroy
mcelroy@thewbkfirm.com
Jeffrey P. Blackwood
blackwood@thewbkfirm.com
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, Fifth Floor
Washington, DC 20036

*Attorneys for Plaintiff Montage Mortgage, LLC*

By: */s/ Tyree P. Jones Jr.*
Tyree P. Jones, Jr. (D.C. Bar No. 984586)
(Pro Hac Vice Admission Pending)