UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Montage Mortgage, LLC §
        Plaintiff §
 §
 §
v. § Case No. 3:17-cv-02971-B
 §
 §
Pacific Union Financial, LLC, et al. §
        Defendant §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Tyree P. Jones, Jr._____, with offices at

Reed Smith, LLP, 1301 K Street, NW, Suite 1000 - East Tower
(Street Address)

Washington     DC     20005
(City)     (State)     (Zip Code)

202.414.9296     202.414.9299
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name Tyree P. Jones, Jr.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathly Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte and Melissa Willoby

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 127631          Admission date: June 17, 1987

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Court of Appeals / 9th Circuit | June 1987 | Active |
| US Dist Ct / District of Columbia | April 2010 | Active |
| Highest Court of the State of CA | June 1987 | Active |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

_____   _____

_____   _____

_____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

William B. Mateja (13185350) and D. Rockwell Bower (24087193), who has offices at

2950 N. Harwood St., Suite 2100
(Street Address)

Dallas                              TX              75201
(City)                              (State)         (Zip Code)

214.397.0030                        214.397.0033
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 3rd day of November, 2017.

Tyree P. Jones, Jr.
Printed Name of Applicant

_____
Signature

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 1, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TYREE PRESTON JONES, #127631 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records