**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Montage Mortgage, LLC

_____
*Plaintiff*

§
§
§
§
v.                          §    Case No. _____3:17-cv-02971-B_____
§
§
Pacific Union Financial, LLC, et al.    §
§
_____  §
*Defendant*

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

Tyree P. Jones, Jr.
_____.

It is ORDERED that:

☐    the application is granted.  The Clerk of Court shall deposit the admission fee to the
      account of the Non-Appropriated Fund of this Court.  It is further ORDERED that, if the
      Applicant has not already done so, the Applicant must register as an ECF User within 14
      days.  See LR 5.1(f) and LCrR 49.2(g).

☐    the application is denied.  The Clerk of Court shall return the admission fee to the
      Applicant.

_____              _____
DATE                                  PRESIDING JUDGE