UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Montage Mortgage, LLC**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby,**<br><br>**Defendants.** | Case No.: 3:17-cv-02971-B |

**MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED PETITION**

TO THE HONORABLE JANE BOYLE:

Pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby ("Individual Defendants"), move to dismiss Plaintiff's Second Amended Petition for lack of personal jurisdiction and failure to state a claim. In support of their Motion, the Individual Defendants respectfully show the Court as follows:

**I. SUMMARY OF ARGUMENT**

Plaintiff Montage Mortgage, LLC ("Plaintiff") brings this suit against its former employees, the Individual Defendants, now employed by Defendant Pacific Union. (Sec. Am. Pet. ¶¶ 5-14). Plaintiff's Second Amended Petition alleges that the Individual Defendants "conspired to, and carried out the misappropriation of Montage's trade secrets, confidential proprietary information, non-public consumer data, including customer lists, active loan

pipelines, lists of past Montage closed loans, and consumer loan files ("Montage's Protected Business Information") in violation of various state and federal laws." (Sec. Am. Pet. ¶¶ 22, 30).

Plaintiff asserts that personal jurisdiction exists over the Individual Defendants pursuant to the Texas Long-Arm Statute, Texas Civ. Prac. and Rem. Code § 17.042, alleging that each of the Individual Defendants communicated with Pacific Union employees located in Texas "with the explicit expectation of profiting from the work performed in Texas, including origination, processing, and funding of misappropriated loans." (*Id.* ¶ 20). However, these allegations are insufficient to confer personal jurisdiction.

None of the Individual Defendants live, work, or own property in Texas, and have not originated, processed, or funded loans involving customers or property located in Texas—the alleged conduct challenged here. (Sec. Am. Pet. ¶¶ 5-14). Consequently, neither general nor specific jurisdiction exists over the Individual Defendants justifying their being hailed into a forum to which they have no connection. Moreover, Plaintiff fails to state claims under RICO and the CFAA because it fails to properly plead the requisite elements of these offenses. Finally, this action should be dismissed because it is premature since Plaintiff fails to plead and show the satisfaction of a condition precedent to filing suit against the Individual Defendants— contractually mandated mediation prior to arbitration or court action.

## II.  BRIEF IN SUPPORT

As more fully set forth in the separate Brief in Support of the Motion to Dismiss the Second Amended Petition, the Individual Defendants seek dismissal of Plaintiff's Second Amended Petition pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure respectively, because (1) this Court lacks personal jurisdiction over the Individual Defendants, and (2) Plaintiff fails to allege facts sufficient to state a claim for relief.

### III.  CONCLUSION

For the reasons set forth in the separate Brief in Support of the Motion to Dismiss the Second Amended Petition, the Individual Defendants respectfully request that this Court grant their Motion to Dismiss the Second Amended Petition.

Dated: November 3, 2017                    Respectfully submitted,

**POLSINELLI PC**

By:   */s/ William B. Mateja*
     William B. Mateja
     Texas Bar No. 13185350
     mateja@polsinelli.com
     D. Rockwell Bower
     Texas Bar No. 24087193
     rbower@polsinelli.com
     2950 N. Harwood St., Suite 2100
     Dallas, Texas 75201
     Telephone: (214) 397-0030
     Facsimile:  (214) 397-0033

By:   */s/ Tyree P. Jones Jr.*
     Tyree P. Jones, Jr.
     D.C. Bar No. 984586
     (Pro Hac Vice Admission Pending)
     tpjones@reedsmith.com
     REED SMITH LLP
     1301 K Street, NW, Suite 1100 – East Tower
     Washington, DC 20005
     Telephone: (202) 414-9296
     Facsimile:  (202) 414-9299

*Attorneys for Defendants Valerie Coleman Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November 2017, copies of the forgoing were served using the CM/ECF system and via U.S. Mail and email as follows:

Braden M. Wayne
bwayne@settlepou.com
Daniel Tobin
dtobin@settlepou.com
SettlePou
3333 Lee Parkway,
8th Floor Dallas, Texas 75219

*Attorneys for Defendant John Perry*

Ann Marie Painter
Texas Bar No. 00784715
AMPainter@perkinscoie.com
Jason R. Elliott
Texas Bar No. 24050558
jelliott@perkinscoie.com
Hayden M. Schottlaender
Texas Bar No. 24098391
hschottlaender@perkinscoie.com

PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7773
DocketDAL@perkinscoie.com

*Attorneys for Defendant Pacific Union Financial, LLC*

Bryan D. Bruner
bbruner@bjplaw.com
Lynne B. Frank
lfrank@bjplaw.com
BRUNER & PAPPAS, LLP
3700 W. 7th Street
Fort Worth, Texas 76107

Jason W. McElroy
mcelroy@thewbkfirm.com
Jeffrey P. Blackwood
blackwood@thewbkfirm.com
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, Fifth Floor
Washington, DC 20036

*Attorneys for Plaintiff Montage Mortgage, LLC*

By: */s/ Tyree P. Jones Jr.*
Tyree P. Jones, Jr. (D.C. Bar No. 984586)
(Pro Hac Vice Admission Pending)

4