UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONTAGE MORTGAGE LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-02971-B |
| | § | |
| PACIFIC UNION FINANCIAL LLC, JOHN PERRY, VALERIE COLEMAN, CAITLIN V COOKE, EDUARDO CREQUE, JESSICA M. FURR (KEEN), KATHY KELLER, FOUAD NAGHMI, NEAL TAMMY, CHARLES F. PEER, MICHAELENE WHYTE, and MELISSA WILLOBY | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

After reviewing the papers and pleadings on file, the Court notes that no local counsel has appeared on behalf of Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Neal Tammy, Charles F. Peer, Michaelene Whyte, and Melissa Willoby as Local Rule 83.10(a) requires. Therefore, the Court **ORDERS** the following: By **Monday, November 13, 2017**, Defendants must **SHOW CAUSE**, in writing, why local counsel has not yet appeared on their behalf. Failure to comply with this Order may result in sanctions.

SO ORDERED.

SIGNED: November 6, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -