UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Montage Mortgage, LLC**<br><br>     Plaintiff,<br><br>vs.<br><br>**Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby,**<br><br>     Defendants. | Case No.: 3:17-cv-02971-B |

**PLAINTIFF MONTAGE MORTGAGE, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 81.2, Plaintiff Montage Mortgage, LLC ("Montage") is a Texas limited liability company with its principal place of business in North Carolina. Montage is a non-public and privately held company. Montage does not have any parent corporations or publicly held corporations owning 10% or more of Montage's stock.

Montage concurs with the list of interested persons submitted by Defendant Pacific Union, LLC (Dkt. No. 4), and hereby adopts it.

Dated: November 6, 2017

Respectfully submitted,

*/s/ Bryan D. Bruner*
Bryan D. Bruner
State Bar No. 03252475
Lynne B. Frank
State Bar No. 24087215
BRUNER & PAPPAS, L.L.P.
3700 W. 7th Street
Fort Worth, Texas 76107-2536
Tel:  (817) 332-6633
Fax:  (817) 332-6619
Email: bbruner@bjplaw.com
         lfrank@bjplaw.com

*/s/ Jason W. McElroy*
Jason W. McElroy
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC  20036
Tel:  (202) 628-2000
Fax:  (202) 628-2011
Email: mcelroy@thewbkfirm.com

*Attorneys for Montage Mortgage, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon all parties and counsel of record via the Court's CM/ECF mechanism, on this 6th day of November 2017, as follows:

Ann Marie Painter
AMPainter@perkinscoie.com
Jason R. Elliott
jelliott@perkinscoie.com
Hayden M. Schottlaender
hschottlaender@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard St., Suite 3300
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT
PACIFIC UNION FINANCIAL, LLC**

William B. Mateja
mateja@polsinelli.com
D. Rockwell Bower
rbower@polsinelli.com
**POLSINELLI PC**
2950 N. Harwood St., Suite 2100
Dallas, Texas 75201

Stephan D. Selinidis
sselinidis@reedsmith.com
**REED SMITH LLC**
811 Main St., Suite 1700
Houston, TX 77002

Tyree P. Jones Jr. (*Pro Hac Vice*)
TPJones@reedsmith.com
**REED SMITH LLC**
1301 K. St., N.W., Suite 1000
East Tower
Washington, DC 20005

**ATTORNEYS FOR DEFENDANTS V. COLEMAN, C. COOKE, E. CREQUE, J. FURR, K. KELLER, F. NAGHMI, T. NEAL, C. PEER, M. WHYTE, M. WILLOBY**

Braden M. Wayne
bwayne@settlepou.com
Daniel Tobin
dtobin@settlepou.com
**SETTLEPOU**
3333 Lee Parkway, 8th Floor
Dallas, Texas 75219

**ATTORNEYS FOR DEFENDANT
JOHN PERRY**

           /s/ Jason W. McElroy
         Jason W. McElroy