**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MONTAGE MORTGAGE, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| **PACIFIC UNION FINANCIAL, LLC, JOHN PERRY, VALERIE COLEMAN, CAITLIN V. COOKE, EDUARDO CREQUE, JESSICA M. FURR (KEEN), KATHY KELLER, FOUAD NAGHMI, TAMMY NEAL, CHARLES F. PEER, MICHAELENE WHYTE, AND MELISSA WILLOBY,** | § § § § § § § § | **CIVIL ACTION NO. 3:17-CV-02971-B** |
| | § | |
| Defendants. | § | |

**INDIVIDUAL DEFENDANTS' RESPONSE TO SHOW
CAUSE ORDER AND NOTICE OF APPEARANCE**

On Friday, November 3, 2017, Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Neal Tammy, Charles F. Peer, Michaelene Whyte, and Melissa Willoby (collectively, the "Individual Defendants") filed their Motion to Dismiss and Brief in Support in response to Plaintiff's claims. These pleadings were filed by Tyree P. Jones, Jr. of Reed Smith, LLP in Washington, D.C. in conjunction with William B. Mateja and D. Rockwell Bower of Polsinelli, PC in Dallas, Texas. The Individual Defendants have since learned from the Court Clerk that Polsinelli, PC was not included on the Court's docket sheet when their responsive pleadings were filed.

Therefore, William B. Mateja, and D. Rockwell Bower of Polsinelli, PC, located at 2950 N. Harwood Street, Suite 2100, Dallas, Texas 75201, hereby files this Notice of Appearance to inform the Court that it is appearing as co-counsel for the Individual Defendants in the above-

referenced matter. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the above-referenced address.

Dated: November 6, 2017

Respectfully submitted,

*/s/ William B. Mateja*
William B. Mateja
State Bar No. 13185350
mateja@polsinelli.com
D. Rockwell Bower
State Bar No. 24087193
rbower@polsinelli.com

POLSINELLI, PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033

*/s/ Tyree P. Jones Jr.*
Tyree P. Jones, Jr.
D.C. Bar No. 984586 (*Pro Hac Vice*)
tpjones@reedsmith.com

REED SMITH LLP
1301 K Street, NW, Suite 1100 – East Tower
Washington, DC 20005
Telephone: (202) 414-9296
Facsimile: (202) 414-9299

**ATTORNEYS FOR DEFENDANTS VALERIE COLEMAN CAITLIN V. COOKE, EDUARDO CREQUE, JESSICA M. FURR, KATHY KELLER, FOUAD NAGHMI, TAMMY NEAL, CHARLES F. PEER, MICHAELENE WHYTE, AND MELISSA WILLOBY**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 6, 2017 with the Clerk of the Court for the United States District Court for the Northern District of Texas, using the electronic filing system, and that a copy has been served upon all counsel of record, as identified below.

Braden M. Wayne
bwayne@settlepou.com
Daniel Tobin
dtobin@settlepou.com
SettlePou
3333 Lee Parkway, 8th Floor
Dallas, Texas 75219

*Attorneys for Defendant John Perry*

Ann Marie Painter
AMPainter@perkinscoie.com
Jason R. Elliott
jelliott@perkinscoie.com
Hayden M. Schottlaender
hschottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, Texas 75201
DocketDAL@perkinscoie.com

*Attorneys for Defendant Pacific Union Financial, LLC*

Bryan D. Bruner
bbruner@bjplaw.com
Lynne B. Frank
lfrank@bjplaw.com
BRUNER & PAPPAS, LLP
3700 W. 7th Street
Fort Worth, Texas 76107

Jason W. McElroy
mcelroy@thewbkfirm.com
Jeffrey P. Blackwood
blackwood@thewbkfirm.com
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, Fifth Floor
Washington, DC 20036

*Attorneys for Plaintiff Montage Mortgage, LLC*


                                         */s/ D. Rockwell Bower*
                                         D. Rockwell Bower