**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Montage Mortgage, LLC, § | |
| *Plaintiff* § | |
| § | |
| § | |
| v. § | Case No. 3:17-cv-02971-B |
| § | |
| § | |
| Pacific Union Financial, LLC, et al. § | |
| *Defendant* § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Barak Cohen                                                                                               , with offices at

700 13th Street NW, 6th Floor
(Street Address)

Washington                              DC                    20005
(City)                                   (State)               (Zip Code)

202.654.6200                             202.654.6211
(Telephone No.)                          (Fax No.)

**II.** Applicant will sign all filings with the name /s/ Barak Cohen.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Pacific Union Financial, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Washington, DC State Bar_____, where Applicant regularly practices law.

Bar license number: _485945_    Admission date: _4/16/2004_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| California State Bar | 1/15/2003 | Active |
| District of Nebraska | 9/7/2011 | Active |
| US Court of Federal Claims | 8/29/2003 | Active |
| USCA 10th Circuit | 10/15/2009 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

Ann Marie Painter, who has offices at

500 N. Akard Street, Suite 3300
(Street Address)

| Dallas | Texas | 75201 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 214.965.7700 | 214.965.7799 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 14th day of November, 2017.

Barak Cohen
Printed Name of Applicant

*/s/ Barak Cohen*
Signature