# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **Montage Mortgage, LLC**<br><br>   Plaintiff,<br><br> vs.<br><br>**Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby,**<br><br>   Defendants. | Case No.: 3:17-cv-02971-B |

**APPENDIX IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION TO DISMISS SECOND AMENDED PETITION**

## TABLE OF CONTENTS
| EXHIBIT NO. | DESCRIPTION | PAGE CITATION RANGE |
|---|---|---|
| A | Declaration of Michaelene Whyte | App. 001 - App. 003 |
| B | Declaration of Eduardo Creque | App. 004 - App. 006 |

Dated: December 13, 2017   Respectfully submitted,

**POLSINELLI PC**

By: */s/ William B. Mateja*
William B. Mateja
Texas Bar No. 13185350
mateja@polsinelli.com
D. Rockwell Bower
Texas Bar No. 24087193
rbower@polsinelli.com
2950 N. Harwood St., Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033


By: */s/ Tyree P. Jones Jr.*
Tyree P. Jones, Jr.
D.C. Bar No. 984586
(Admitted *Pro Hac Vice*)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, NW, Suite 1100 – East Tower
Washington, DC 20005
Telephone: +1 202 414 9296
Facsimile: +1 202 414 9299

*Attorneys for Defendants Valerie Coleman Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr, Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2017, a true and correct copy of the forgoing were served upon all counsel of record using the CM/ECF system.

By:     */s/ Tyree P. Jones Jr.*
               Tyree P. Jones, Jr.