UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Montage Mortgage, LLC | § § § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No.: 3:17-cv-02971-S |
| Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby, | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Upon consideration of the Unopposed Motion for Leave to Proceed Without Local Counsel filed by Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby ("Individual Defendants"), the Court hereby GRANTS this Motion.

Local Civil Rule 83.10(a) requires local counsel in all cases where an attorney appearing in a case does not reside or maintain an office in this district. Tyree P. Jones, Jr., lead counsel, and Manasi Venkatesh maintain their principal office in Washington, D.C., and Stephan Selinidis maintains his principal office in Houston, Texas. Mr. Jones is familiar with practicing in federal court, having previously done so on numerous occasions, and has regularly litigated similar claims as those being asserted against Individual Defendants herein. Manasi Venkatesh has familiarity with this matter and this Court's rules, and also has experience practicing in federal

court. Further, Mr. Selindis is a member of the bar of this Court, is familiar with practicing in federal courts throughout Texas, and is fully prepared to assist in this matter.

It is therefore, ORDERED, that Individual Defendants' counsel may proceed in this case without local counsel. However, should the geographical distance between counsel for Individual Defendants' office and the Northern District of Texas cause a delay or hinder counsel's ability to fully and timely comply with the orders of this Court, the Court may revoke its waiver of the local counsel requirement.

IT IS SO ORDERED.

Signed this 8th day of May, 2018

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE