**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MONTAGE MORTGAGE, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No.: 3:17-cv-02971-S |
| | § | |
| **PACIFIC UNION FINANCIAL, LLC, JOHN PERRY, VALERIE COLEMAN, CAITLIN V. COOKE, EDUARDO CREQUE, JESSICA M. FURR (KEEN), KATHY KELLER, FOUAD NAGHMI, TAMMY NEAL, CHARLES F. PEER, MICHAELENE WHYTE, and MELISSA WILLOBY,** | § § § § § § § § | |
| **Defendants.** | § | |

## INDIVIDUAL DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Local Civil Rules 5.2 and 7.1 of the United States District Court for the Northern District of Texas, and this Court's inherent authority to control its own docket, Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby ("Individual Defendants") hereby move for entry of a protective order staying discovery with respect to Individual Defendants pending the resolution of their Motion to Dismiss.

Individual Defendants' Motion for Protective Order to Stay Discovery should be granted for the following reasons: (1) to avoid unfair prejudice and harm to Individual Defendants, as requiring Individual Defendants to engage in fact discovery could force them to waive their personal jurisdiction defenses asserted in their Motion to Dismiss; (2) to avoid the undue burden and expense associated with all ten Individual Defendants providing initial disclosures,

- 2 -

responding to Plaintiff's discovery requests, and traveling to and attending depositions while their Motion to Dismiss is pending—a dispositive motion that, if granted, would make discovery with respect to Individual Defendants wholly unnecessary; and (3) because fact discovery involving Individual Defendants would not aid in the resolution of Individual Defendants' fully briefed Motion to Dismiss. Further, staying discovery with respect to Individual Defendants while their Motion to Dismiss is pending would not prejudice Plaintiff or delay trial, which is set for September 9, 2019. For these reasons, as more fully outlined in the separate Brief In Support, Individual Defendants respectfully request that the Court grant its Motion for Protective Order to Stay Discovery. A Proposed Order is filed herewith.

Dated: July 15, 2018    Respectfully submitted,[1]

**REED SMITH LLP**

By:  /s/ Tyree P. Jones Jr.
Tyree P. Jones, Jr. (Admitted *Pro Hac Vice*)
Manasi Venkatesh (Admitted *Pro Hac Vice)*
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
tpjones@reedsmith.com
mvenkatesh@reedsmith.com

---

[1] Submission of this Motion for Protective Order to Stay Discovery, and the Brief In Support that is being filed contemporaneously, is intended solely for the purpose of preserving Individual Defendants' personal jurisdiction defenses and should not be construed as a general appearance or submission to this Court's jurisdiction.

*/s/Stephan D. Selinidis*
Stephan D. Selinidis (State Bar No. 24056293)
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
SSelinidis@ReedSmith.com

*Attorneys for Defendants Valerie Coleman. Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby*

**CERTIFICATE OF CONFERENCE**

This is to certify that on July 6, 10, and 12, 2018, counsel for Individual Defendants conferred with counsel for Plaintiff. Counsel for Plaintiff OPPOSES the relief sought in this Motion. On July 10, 11, and 12, 2018, counsel for Individual Defendants conferred with counsel for Defendant Pacific Union Financial LLC. Counsel for Defendant Pacific Union CONSENTS to the relief sought in this Motion.

By: */s/ Tyree P. Jones Jr.*
Tyree P. Jones, Jr.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 15th day of July 2018, a true and correct copy of the foregoing Individual Defendants' Motion For Protective Order To Stay Discovery was submitted to the Clerk of the Court and served upon all counsel of record using the CM/ECF system of this Court.

By: */s/ Tyree P. Jones Jr.*
Tyree P. Jones, Jr.