IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONTAGE MORTGAGE, LLC<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC UNION FINANCIAL, LLC, JOHN PERRY, VALERIE COLEMAN, CAITLIN V. COOKE, EDUARDO CREQUE, JESSICA M. FURR (KEEN), KATHY KELLER, FOUAD NAGHMI, TAMMY NEAL, CHARLES F. PEER, MICHAELENE WHYTE, and MELISSA WILLOBY,<br><br>Defendants. | Case No.: 3:17-cv-02971-S |

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY

Upon consideration of the Motion for Protective Order to Stay Discovery filed by Defendants Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby ("Individual Defendants"), and for good cause shown, the Court hereby **GRANTS** this Motion.

It is therefore, **ORDERED**, that Individual Defendants need not provide initial disclosures, respond to Plaintiff's discovery requests, participate in depositions, or otherwise engage in discovery until the Court resolves Individual Defendants' pending Motion to Dismiss.

**IT IS SO ORDERED.**

Signed this 18th day of July, 2018

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE