# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Montage Mortgage, LLC<br><br>    Plaintiff,<br><br> vs.<br><br>Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby,<br><br>    Defendants. | Case No.: 3:17-cv-02971-S |

**PLAINTIFF MONTAGE MORTGAGE, LLC'S**
**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff Montage Mortgage, LLC ("Montage") gives notice that it accepts the Offer of Judgment made by Defendant Pacific Union Financial, LLC ("Pacific Union") on August 17, 2018, offering "judgment to be entered against Pacific Union in the amount of Four Hundred Thousand and 00/100 Dollars ($400,000.00)."

Montage has executed the Settlement Agreement and Release appended to Pacific Union's Offer of Judgment.

Dated: August 29, 2018
                       */s/ Jeffrey P. Blackwood*
                       Jason W. McElroy
                       State Bar No. 24108416
                       Jeffrey P. Blackwood*
                       D.C. Bar No. 1027658
                       McElroy@thewbkfirm.com
                       Blackwood@thewbkfirm.com
                       Weiner Brodsky Kider PC
                       1300 19th Street NW 5th Floor
                       Washington DC 20036
                       Office: (202)628-2000

Facsimile: (202)628-2011

* Admitted *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF
MONTAGE MORTGAGE, LLC**

## **CERTIFICATE OF SERVICE**

I certify that on August 29, 2018, I caused a copy of the foregoing NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT be served via electronic mail and overnight delivery upon the following parties and counsel of record:

| | |
|---|---|
| Ann Marie Painter<br>Jason R. Elliott<br>Hayden M. Schottlaender<br>Perkins Coie LLP<br>500 N. Akard St., Suite 3300<br>Dallas, Texas 75201<br>214-965-7723<br>214-965-7799 (fax)<br>ampainter@perkinscoie.com<br>jelliott@perkinscoie.com<br>hschottlaender@perkinscoie.com<br><br>Barak Cohen<br>Perkins Coie LLP<br>700 13th St NW, Suite 600<br>Washington, DC 20005-3960<br>202-654-6200<br>202-654-6211 (fax)<br>bcohen@perkinscoie.com<br><br>*Counsel for Defendant Pacific Union Financial, LLP* | Tyree Preston Jones, Jr<br>Manasi Venkatesh<br>Reed Smith LLP<br>1301 K Street NW<br>Suite 1100<br>Washington, DC 20005<br>202-414-9296<br>202-414-9299 (fax)<br>tpjones@reedsmith.com<br>mvenkatesh@reedsmith.com<br><br>Stephan D Selinidis<br>Reed Smith LLP<br>811 Main<br>Suite 1700<br>Houston, TX 77002<br>713-469-3815<br>713-469-3899 (fax)<br>sselinidis@reedsmith.com<br><br>*Counsel for Defendants Catlin Cooke, Charles F. Peer, Eduardo Creque, Fouad Naghmi, Jessica M. Furr (Keen), Kathy Keller, Melissa Willoby, Michaelene, Whyte, Neal Tammy, Valeria Coleman* |

/S/     *Jeffrey Blackwood*
Jeffrey P. Blackwood