UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Montage Mortgage, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>Pacific Union Financial, LLC, John Perry, Valerie Coleman, Caitlin V. Cooke, Eduardo Creque, Jessica M. Furr (Keen), Kathy Keller, Fouad Naghmi, Tammy Neal, Charles F. Peer, Michaelene Whyte, and Melissa Willoby,<br><br>        Defendants. | Case No.: 3:17-cv-02971-S |

## ORDER

Pursuant to Federal Rule of Civil Procedure 68(a), and upon Plaintiff Montage Mortgage, LLC's Request for Entry of Judgment, which gave notice that Montage accepted Defendant Pacific Union Financial, LLC's ("Pacific Union") Offer of Judgment, the Court hereby **GRANTS** the Request for Entry of Judgment.

Accordingly, the clerk is **ORDERED** to enter final judgment against Pacific Union in the amount of Four Hundred Thousand and 00/100 Dollars ($400,000.00). Each party shall bear its own respective costs.

IT IS SO ORDERED.

Signed this ___ day of September, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

1